IN THE MATTER OF OPENING AND WIDENING HUDSON AVENUE,
IN THE CITY OF ALBANY.

(Argued April 20, 1875; decided April 27, 1875.)

THIS was an appeal from an order of General Term affirming an order of Special Term so far as it ordered a retaxation of certain costs and expenses allowed to the city attorney and city surveyor in the proceedings. (Reported below, 2 Hun, 580.)

*Nathaniel C. Moak* for the appellants.

*R. W. Peckham* for the respondents.

Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.

---

JOHN H. WHITE, Trustee, etc., Respondent, *v.* MORTIMER
LIVINGSTON et al., Appellants.

(Argued April 20, 1875; decided April 27, 1875.)

*John Livingston* for the appellants.

*T. D. Pelton* for the respondent.

Agree to affirm. No opinion.
All concur.
Order affirmed.